IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.                          *       Case No.   23-cr-00049-JKB-1

Kwame Brown                  *

                             *

******

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __Thursday March 2, 2023__ *(date)* at __10:30am__ *(time)* before The Honorable Judge A. David Copperthite_____, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (__Defendant to be held at CDF__) (Other Custodial Official) and produced for the hearing.

February 27, 2023
Date

_____
A. David Copperthite
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention