IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JKB-23-0049 |
| | * | |
| KWAME BROWN | | |

\*\*\*\*\*\*\*\*\*\*\*\*

# MOTION TO SEAL SENTENCING LETTER

Defendant Kwame Brown, through his attorney, Christopher C. Nieto, respectfully moves for an order of this Court sealing Defendant's Sentencing Letter, and states:

1. Defense filed a Sentencing Letter on August 1, 2024.

2. As grounds therefore, the defense states that this filing contain confidential medical and personal information.

WHEREFORE, Mr. Brown requests that the accompanying filing be placed under seal.

Respectfully submitted,

/s/
Christopher C. Nieto, #30031
Law Office of Christopher C. Nieto
233 East Redwood Street, Suite 1000C
Baltimore, Maryland 21202
Tel: (443) 863-8189
Fax: (443) 378-5723
Email: cnieto@nietolawoffice.com